PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
DEC 0 1 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Villafranca            Case Number: SA-06-CR-311(1)-OLG

Name of Sentencing Judicial Officer: Honorable Orlando L. Garcia, United States District Judge

Date of Original Sentence: July 30, 2008

Original Offense: **Count Two**: 21 U.S.C. §§ 860(a), 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2 - Possession with Intent to Distribute Cocaine within 1000 Feet of Public Elementary School, and Aiding and Abetting
**Count Three**: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2 - Possession with Intent to Distribute Cocaine, and Aiding and Abetting.

Original Sentence: Eighty-four (84) months imprisonment on each count to be served concurrently and to run concurrently with Docket No. SA-03-CR-468(1)-XR; eight (8) year term of supervised release on Count Two and four (4) year term of supervised release on Count Three to be served concurrently; and a $200 special assessment.

Type of Supervision: Supervised Release       Date Supervision Commenced: April 29, 2013

Assistant U.S. Attorney: Priscilla Garcia       Defense Attorney: Alex Scharff

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1:** The defendant shall not commit another federal, state, or local crime. |

On November 29, 2015, the offender was arrested by the Carson City Sheriff's Department in Carson City, Nevada, on a probable cause warrant out of South Lake Tahoe, California, for Domestic Battery Strangulation, False Imprisonment, and Possession of Stolen Property.

An offense report indicates that the offender was in a dating relationship with the victim. He and the victim were arguing at Tahoe Lake Shore Lodge in South Lake Tahoe, California. During the argument, the offender held the victim by the neck and strangled her. She tried to flee out of a window, but the defendant grabbed her and threw her to the ground. He then took her cellphone, car keys, and an engagement ring he had given her, and traveled by taxi to the Courtyard Marriott in Carson City, Nevada, where he was subsequently arrested.

2. **Standard Condition No. 1: The defendant shall not leave the judicial district without permission of the court or probation officer.**

The offender did not request and was not given permission by the probation officer to travel outside of the Western District of Texas, including California and Nevada.

**U.S. Probation Officer Recommendation:**

The offender currently remains in custody in Carson City, Nevada. Based on his arrest on the aforementioned charges, the probation office respectfully recommends a warrant be issued for his arrest to show just cause why his supervised release should not be revoked.

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: __3__ years imprisonment **on each count**; __Life__ years supervised release **on each count**; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

Respectfully submitted,

_/s/ Ruth Caballero_
Ruth Caballero
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5340
Date: November 30, 2015

Jason Villafranca
SA-06-CR-311(1)-OLG
November 30, 2015
Page 3

cc: Priscilla Garcia
    Assistant U.S. Attorney

    Marc S. Martinez
    Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.   ASAP

☐ The issuance of a summons.

☐ Other _____

_____
Honorable Orlando L. Garcia
U.S. District Judge

12·1·15
Date